BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
THOMAS M. GARBERSON (SBN 269158)
JONATHAN C. TURNER of Counsel (SBN 191540)
660 'J' Street, Suite 390
Sacramento, CA 95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

Attorneys for Defendant,
BUENA MARSHALL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>TEMIKA REED,<br>BUENA MARSHALL,<br>JAKE WEATHERS,<br>DEBORAH LOUDERMILK,<br>REGINALD DODSON, SR.,<br>KADESTA HARRIS,<br><br>        Defendants. | Case No.: 2: 11-CR-0458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: February 17, 2012<br>Time: 9:00 A.M.<br>Ctrm: 10 (GEB) |

    IT IS HEREBY STIPULATED by Temika Reed, through her counsel Timothy Warriner, Buena Marshall, through her counsel Clyde M. Blackmon, Jake Weathers, through his counsel Hayes H. Gable, III, Deborah Loudermilk, through her counsel James T. Reilly, Reginald Dodson, Sr., through his counsel Steven D. Bauer, Kadesta Harris, through her counsel J. Toney, and the United States of America through its counsel Assistant U.S. Attorney

1. Russell Carlberg, that the status conference now set for
2. February 17, 2012, may be continued to April 6, 2012.
3.     A continuance of the status conference is necessary to
4. allow counsel more time in which to prepare. The Indictment in
5. this matter was filed on October 27, 2011, and the parties have
6. appeared before this Court one time previously, on December 2,
7. 2011. The government has provided the defense with over 10,000
8. pages of discovery. Defense counsel requires more time in which
9. to review the discovery and to conduct investigation of various
10. issues pertaining to the defense of their clients. In addition,
11. Steven D. Bauer, counsel for Mr. Dodson, is ill and is in the
12. hospital at the UC Davis Medical Center. It is necessary to
13. continue the status conference in order to give Mr. Bauer time
14. to recover from his illness or to determine whether he will be
15. able to continue with the representation Mr. Dodson. Therefore,
16. the parties stipulate that the status conference now set for
17. 9:00 a.m. on February 17, 2012, may be continued to April 6,
18. 2012, at 9:00 a.m.
19.     The parties further stipulate that pursuant to 18 U.S.C. §§
20. 3161(h)(7)(B)(ii) and (h)(7)(B)(iv) time should be excluded from
21. February 17, 2012 to April 6, 2012, due to the complexity of the
22. case as evidenced by the amount of discovery and the number of
23. defendants, and to give counsel more time in which to prepare
24. taking into account the exercise of due diligence (Local Codes
25. T2 and T4). The parties also stipulate that the granting of a
26. continuance of the status conference for the reasons stated
27.
28.

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME

above will serve the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 15, 2012 | //s//_____<br>RUSSELL CARLBERG<br>Assistant U. S. Attorney |
| Dated: February 15, 2012 | //s//_____<br>TIMOTHY WARRINER<br>Attorney for Defendant Temika Reed |
| Dated: February 15, 2012 | //s//_____<br>CLYDE M. BLACKMON<br>Attorney for Defendant Buena Marshall |
| Dated: February 15, 2012 | //s//_____<br>HAYES H. GABLE, III<br>Attorney for Defendant Jake Weathers |
| Dated: February 15, 2012 | //s//_____<br>JAMES T. REILLY<br>Attorney for Defendant Deborah Loudermilk |
| Dated: February 15, 2012 | //s//_____<br>STEVEN D. BAUER<br>Attorney for Defendant Reginald Dodson, Sr. |
| Dated: February 15, 2012 | //s//_____<br>J. TONEY<br>Attorney for Defendant Kadesta Harris |

**[PROPOSED] ORDER**

This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED that the status conference now set for February 17, 2012, at 9:00 a.m. is vacated and the matter is continued for a status conference on April 6, 2012, at 9:00 a.m.

Based on the representation of the parties that the case is complex and that time is required for adequate preparation by defense counsel , the Court finds that time is excluded from February 17, 2012, to April 6, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (h)(7)(B)(iv) (Local Codes T2 and T4) and that the granting of the continuance of the status conference serves the ends of justice and outweighs the best interest5s of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

**Date: 2/15/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge