```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   REGINALD DODSON
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-458 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| REGINALD DODSON, et al. ) | |
| Defendants. ) | Date: August 3, 2012 |
| _____ ) | Time: 9:00 a.m. |
| ) | Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney RUSSELL CARLBERG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; Attorney Hayes Gable, Counsel for JAKE WEATHERS; Attorney Timothy Warriner, Counsel for TEMIKA REED; Attorney Clyde Blackman, Counsel for BUENA MARSHALL; Attorney James Reilly, Counsel for DEBORAH LOUDERMILK; Attorney J. Toney, Counsel for KADESTA HARRIS, that the status conference scheduled for June 8, 2012, be vacated and the matter be continued to this Court's criminal calendar on August 3, 2012, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation and further negotiations with the prosecution. A tremendous amount of discovery has been provided and all Counsel are in the process of reviewing discovery and conducting investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 3, 2012 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 7, 2012　　　　　　　　　　/S/ Dina L. Santos
　　　　　　　　　　　　　　　　　　　　DINA L. SANTOS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Reginald Dodson

Dated: June 7, 2012　　　　　　　　　　/S/ Hayes Gable
　　　　　　　　　　　　　　　　　　　　HAYES GABLE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Jake Weathers

Dated: June 7, 2012　　　　　　　　　　/S/ Timothy Warriner
　　　　　　　　　　　　　　　　　　　　TIMOTHY WARRINER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Temika Reed

| | | |
|---|---|---|
| Dated: June 7, 2012 | | /S/ Clyde Blackman |
| | | CLYDE BLACKMAN |
| | | Attorney for Defendant |
| | | Buena Marshall |

Dated: June 7, 2012        /S/ James Reilly
                           JAMES REILLY
                           Attorney for Defendant
                           Deborah Loudermilk

Dated: June 7, 2012        /S/ J. Toney
                           J. Toney
                           Attorney for Defendant
                           Kadesta Harris

Dated: June 7, 2012        /S/ Russell Carlberg
                           RUSSELL CARLBERG
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                3