```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    BUENA MARSHALL
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>Tomika Reed, et. Al,<br><br>      Defendants. | Case No.: 2: 11-CR-0458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  August 3, 2012<br>Time:  9:00 a.m.<br>Ctrm:  10 (Hon. Garland E. Burrell) |

IT IS HEEREBY STIPULATED by the United States of America, through its counsel Assistant U. S. Attorney Russell Carlberg, and Temika Reed, through her counsel Timothy Warriner, Buena Marshall, through her counsel Clyde M. Blackmon, Jake Weathers, through his counsel Hayes H. Gable, III, Deborah Loudermilk, through her counsel James T. Reilly, Reginald Dodson, Sr., through his counsel Dina Santos, and Kadesta Harris, through her counsel J. Tony, that the status conference now set for 9:00 a.m. on August 3, 2012, may be continued to 9:00 a.m. on September 28, 2012.

A continuance of the status conference is requested by defense counsel in order to obtain additional time in which to

review almost 10,000 pages of discovery that have been provided by the government thus far in the case and to conduct investigation into various issues pertaining to the defense of the matter.

IT IS FURTHER STIPULATED that, pursuant to 18 U.S. C. sections 3161(h)(7)(B)(ii) and 3161(h)(7)(B)(iv), that time should be excluded from August 3, 2012, to September 28, 2012, due to the complexity of the case, as evidenced by the amount of discovery provided by the government and the number of defendants in the matter, and to provide defense counsel more time in which to prepare, taking into account the exercise of due diligence. (Local Codes T2 and T4). The parties also stipulate that a granting of a continuance of the status conference for reasons stated above will serve the ends of justice and outweighs the bests interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

Dated: July 30, 2012     //s//
RUSSELL CARLBERG
Assistant U. S. Attorney

Dated: July 30, 2012     //s//
TIMOTHY WARRINER
Attorney for Defendant Temika Reed

Dated: July 30, 2012     //s//
CLYDE M. BLACKMON
Attorney for Defendant Buena Marshall

```
 1  Dated:  July 30, 2012              //s//
                                    ─────────────────────────────
 2                                  HAYES H. GABLE, III
                                    Attorney for Defendant Jake
 3                                  Weathers

 4  Dated:  July 30, 2012              //s//
                                    ─────────────────────────────
 5                                  JAMES T. REILLY
                                    Attorney for Defendant Deborah
 6                                  Loudermilk

 7  Dated:  July 30, 2012              //s//
                                    ─────────────────────────────
 8                                  DINA L. SANTOS
                                    Attorney for Defendant Reginald
 9                                  Dodson, Sr.

10  Dated:  July 30, 2012              //s//
                                    ─────────────────────────────
11                                  J. TONEY
                                    Attorney for Defendant Kadesta
12                                  Harris
```

**[PROPOSED] ORDER**

Good cause appearing upon stipulation of the parties, the status conference now scheduled for 9:00 a.m. on August 3, 2012, is vacated and the matter is continued for a status conference on September 28, 2012, at 9:00 a.m.

Based on the representation of the parties that the case is complex and that additional time is required for adequate preparation by defense counsel, the Court finds that time should be excluded from August 3, 2012, to September 28, 2012, pursuant to 18 U.S.C. sections 3161(h)(7(B)(ii) and 3161(h)(7)(B)(iv) (Local Codes T2 and T4) and that the granting of the continuance of the status conference serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

**7/31/12**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge