```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. NO. S-11-0458 GEB
12            Plaintiff,         )
                                 )   ORDER DISMISSING COUNTS OF
13       v.                      )   INDICTMENT AS TO JAKE WEATHERS
                                 )
14  JAKE WEATHERS,               )
                                 )
15            Defendant.         )
    _____)
16
17         Based on the government's motion to dismiss without
18  prejudice counts one and two of the indictment against defendant
19  Jake Weathers,
20         IT IS HEREBY ORDERED that counts one and two of the
21  above-captioned indictment be and hereby are dismissed without
22  prejudice as to defendant Jake Weathers only.
23  Dated:  September 15, 2012
24
25                              _____
                                GARLAND E. BURRELL, JR.
26                              Senior United States District Judge
27
28

                                  2
```