```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   REGINALD DODSON
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>REGINALD DODSON, et al.<br>           Defendants.<br>_____ | No. 11-458 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date: February 22, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; Attorney Clyde Blackman, Counsel for BUENA MARSHALL; Attorney James Reilly, Counsel for DEBORAH LOUDERMILK; Attorney J. Toney, Counsel for KADESTA HARRIS, that the status conference scheduled for January 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on February 22, 2013, at 9:00 a.m, for further status and possible changes of plea.

This continuance is requested by the defense in order to permit further client consultation and further negotiations with the

prosecution. Counsel for the defendant's continue to review the voluminous discovery, conduct investigation, and prepare the respective defendant's defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 22, 2013 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: January 17, 2013   /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Reginald Dodson

Dated: January 17, 2013   /S/ Clyde Blackman
CLYDE BLACKMAN
Attorney for Defendant
Buena Marshall

Dated: January 17, 2013   /S/ James Reilly
JAMES REILLY
Attorney for Defendant
Deborah Loudermilk

Dated: January 17, 2013   /S/ J. Toney
J. Toney
Attorney for Defendant
Kadesta Harris

Dated: January 17, 2013

/S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:　January 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge