```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    BUENA MARSHALL
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Buena Marshall, Deborah Loudermilk and Kadesta Harris,<br><br>　　　　Defendants. | Case No.: 2: 11-CR-0458 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　February 22, 2013<br>Time:　9:00 a.m.<br>Ctrm:　10 (Hon. Garland E. Burrell) |
|---|---|

　　　The United States of America, through its counsel Assistant United States Attorney Michael M. Beckwith, defendant Buena Marshall, through her counsel Clyde M. Blackmon, defendant Deborah Loudermilk, through her counsel James T. Reilly and defendant Kadesta Harris, through her counsel J. Toney, stipulate that the status conference currently scheduled for February 22, 2013, may be continued to March 29, 2013.

　　　A continuance of the status conference is necessary to provide the parties additional time in which to prepare and to explore the possibilities of a negotiated resolution of the case, at least as to some of the defendants.  Therefore, the

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

parties request that the Court continue the status conference now set for February 22, 2013, to March 29, 2013, at 9:00 a.m.

The parties further stipulate that pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) time should be excluded from February 22, 2013, to March 29, 2013, to provide counsel with more time in which to prepare, taking into account the exercise of due diligence, and that the granting of the continuance for the reasons stated will serve the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

Dated: February 21, 2013   //s//
MICHAEL M. BECKWITH
Assistant U. S. Attorney

Dated: February 21, 2013   //s//
CLYDE M. BLACKMON
Attorney for Defendant Buena Marshall

Dated: February 21, 2013   //s//
JAMES T. REILLY
Attorney for Defendant Deborah Loudermilk

Dated: February 21, 2013   //s//
J. TONEY
Attorney for Defendant Kadesta Harris

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is hereby ordered that the status conference currently scheduled for 9:00 a.m. on February 22, 2013, is continued to March 29, 2013, at 9:00 a.m.

Based on the representation of the parties that additional time is required for adequate preparation by counsel, the Court finds that time is excluded from February 22, 2013, to March 29, 2013, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) (Local Code T4) and that the granting of the continuance of the status conference serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

**Date: 2/21/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge