```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    BUENA MARSHALL
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2: 11-CR-0458 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| Buena Marshall, | |
| Defendant. | Date: April 5, 2013<br>Time: 9:00 a.m.<br>Ctrm: 10 (Hon. Garland E. Burrell) |

The United States of America, through its counsel Michael M. Beckwith, and defendant Buena Marshall, through her counsel Clyde M. Blackmon, stipulate that the status conference currently scheduled for April 5, 2013, may be continued to April 19, 2013, at 9:00 a.m.

The matter was set for a status conference on March 29, 2013, at 9:00 a.m.  However, due to a calendaring error in his office, counsel for Ms. Marshall failed to appear on her behalf.  At that time the Court continued the status conference to April 5, 2013, without excluding time from March 29 to April 5.

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1. It is expected that the government will make the defense an offer to settle this case. In that event the defense will require additional time in which to consider the offer. If the offer is rejected both the government and the defense will need more time to prepare the matter for trial and/or for the preparation of motions. Therefore, the parties request that the status conference now set for April 5, 2013, be continued to April 19, 2013.

It is anticipated that by the time of the currently scheduled status conference on April 5 Ms. Marshall will be the only defendant in the case who has not entered into a plea agreement with the government.

The parties further stipulate that pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) time should be excluded from March 29, 2013, the date on which Ms. Marshall's counsel failed to appear, to April 19, 2013, to provide counsel with additional time in which to prepare, taking into account due diligence, and that the granting of the continuance for the reasons stated will serve the ends of justice and outweighs the best interests of the public and Ms. Marshall in a speedy trial.

**IT IS SO STIPULATED.**

Dated: April 3, 2013   \_\_\_\_//s//_____
MICHAEL M. BECKWITH
Assistant U. S. Attorney

Dated: April 3, 2013   \_\_\_\_//s//_____
CLYDE M. BLACKMON
Attorney for Defendant Buena Marshall

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is hereby ordered that the status conference currently scheduled for 9:00 a.m. on April 5, 2013, is continued to April 19, 2013, at 9:00 a.m.

Based on the representation of the parties that additional time is required for adequate preparation by counsel, the Court finds that time is excluded from March 29, 2013, to April 19, 2013, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) (Local Code T4) and that the granting of the continuance serves the ends of justice and outweigh ways the best interests of the public and defendant Buena Marshall in a speedy trial.

**IT IS SO ORDERED.**

**4/5/13**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge