```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corp.
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    REGINALD DODSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 11-458 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER RESETTING |
| | ) BRIEFING SCHEDULE AND J&S |
| REGINALD DODSON, | ) Date: July 19, 2013 |
| Defendant | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. BURRELL |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant REGINALD DODSON; that current date scheduled for May 10, 2013, be vacated and the matter be continued to this Court's criminal calendar on July 19, 2013, at 9:00 a.m, for judgement and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

Judgement and Sentencing Date:          July 19, 2013

Reply or statement of No Opposition     July 12, 2013

Formal Objections                       July 5, 2013

| | |
|---|---|
| Informal Objections | June 28, 2013 |
| Proposed Pre-Sentence Report | June 14, 2013 |

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 19, 2013 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 7, 2013          /S/ Dina L. Santos
                                              DINA L. SANTOS
                                              Attorney for Defendant
                                              Reginald Dodson


Dated: May 7, 2013          /S/ Michael Beckwith
                                              MICHAEL BECKWITH
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge