Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 11-0458 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| | ) SETTING MATTER FOR STATUS OF |
| | ) SENTENCING |
| vs. | ) |
| | ) |
| TEMIKA REED, | ) |
| | ) |
| Defendant | ) |

The parties hereto stipulate that the status of sentencing hearing now set for May 31,
2013, be continued to August 2, 2013 at 9:00 a.m.

DATED: May 21, 2013          /s/ Timothy E. Warriner, Attorney for Defendant,
                             Temika Reed

DATED: May 21, 2013          /s/ Michael M. Beckwith, Assistant U.S. Attorney


IT IS SO ORDERED

**Date: 5/21/2013**



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge