Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Temika Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEMIKA REED,<br><br>　　　　Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for November 15, 2013, be continued to February 14, 2014 at 9:00 a.m. for a hearing concerning status of sentencing.

DATED: November 13, 2013　　　/s/ Timothy E. Warriner, Attorney for Defendant, Temika Reed

DATED: November 13, 2013　　　/s/ Michael M. Beckwith, Assistant U.S. Attorney

IT IS SO ORDERED

Dated: November 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1