Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J St., Suite 350
Sacramento, CA 95814
(916) 447-0160

Attorney for Defendant,
Reginald Dodson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REGINALD DODSON,<br><br>    Defendant | Case No. CR S 11-0458 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING MATTER FOR STATUS OF SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for November 15, 2013, be continued to February 14, 2014 at 9:00 a.m. for a hearing concerning status of sentencing.

DATED: November 13, 2013        /s/ Dina L. Santos
                                              Attorney for Defendant,
                                              Reginald Dodson

DATED: November 13, 2013        /s/ Michael M. Beckwith,
                                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1