J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Kadesta Harris-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S- 11-458 GEB |
|---|---|
| Plaintiff, | **Proposed Order to Continue Sentence** |
| v. | **(February 14,2014 before Judge Burrell)** |
| KADESTA HARRIS | |
| Defendant. | |

The parties stipulate the present sentencing date of November 15, 2013 be vacated and the case be continued to February 14, 2014 at 9:30 AM and respectfully request the Court so order.

Dated November 13, 2013

  /s/ MICHAEL BECKWITH               /S/ J TONEY
    Michael Beckwith                    J Toney
Assistant U.S. Attorney          Attorney for Kadesta Harris

SO ORDERED.

Dated:  November 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1